IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHURCH HILL INVESTMENTS, LLC,

    Plaintiff,

v.                               Civil Action No. 3:10CV288

MDA LENDING SOLUTIONS, INC.,

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 25, 2011. The time to file objections has expired, and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1)   The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)   Defendant's Motion to Dismiss (Docket No. 6) is CONVERTED into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 12(d).

(3)   Defendant's converted Motion for Summary Judgment is GRANTED.

(4)   This matter is CLOSED.

Let the Clerk send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                              /s/    REP
                                          Robert E. Payne
                                          Senior United States District

Date: March 15, 2011
Richmond, Virginia